```
                UNITED STATES DISTRICT COURT
             FOR THE MIDDLE DISTRICT OF TENNESSEE
                      NASHVILLE DIVISION

UNITED STATES OF AMERICA,        )
                                 )
        Plaintiff,               )
                                 )
        v.                       )  NO.  3:12-cv-0716
                                 )
ALPHONSO R. BODIE,               )  Magistrate Judge Brown
                                 )
        Defendant.               )
```

## O R D E R

The Plaintiff has filed a Motion to Dismiss Action With Prejudice on August 21, 2013, (DE 18), pursuant to Fed. R. Civ. P. 41(1)(2). The Motion is **GRANTED,** and this case is hereby dismissed with prejudice. The Clerk is directed to close the file.

It is so **ORDERED.**

/S/ Joe B. Brown
_____
JOE B. BROWN
United States Magistrate Judge